NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TERESA NAN LUCREE,**
*Plaintiff-Appellant*

**v.**

**UNITED STATES,**
*Defendant-Appellee*

---

2014-5134

---

Appeal from the United States Court of Federal Claims in No. 1:14-cv-00308-CFL, Judge Charles F. Lettow.

---

## JUDGMENT

---

FRANK A. LUKASIK, The Villages, FL argued for plaintiff-appellant.

MATTHEW PAUL ROCHE, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for defendant-appellee. Also represented by JOYCE R. BRANDA, ROBERT E. KIRSCHMAN, JR., FRANKLIN E. WHITE, JR.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, *Chief Judge,* MAYER and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 12, 2015                          /s/  Daniel  E.  O'Toole
    Date                                  Daniel E. O'Toole
                                      Clerk of Court